# In the United States Court of Federal Claims

No. 19-697T
(Filed:  September 13, 2019)

```
*************************************
DESSIE ANDREWS,                      *
                                     *
              Plaintiff,             *
                                     *
       v.                            *
                                     *
THE UNITED STATES,                   *
                                     *
              Defendant.             *
*************************************
```

### ORDER

On August 14, 2019, the court ordered plaintiff to either pay the filing fee or submit a completed application to proceed in forma pauperis by no later than September 6, 2019.  In that order, the court explained that her failure to pay the fee or submit the application may result in the court dismissing the case for failure to prosecute.  Plaintiff did not pay the fee or file her application by the deadline.  Accordingly, the court **DISMISSES** plaintiff's case for failure to prosecute pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

MARGARET M. SWEENEY
Chief Judge